756 ORSLAND vs. CIRCUIT JUDGE (Wayne), No. 12027½.

To compel the entry of an order staying proceedings on a judgment for costs.

Order to show cause denied May 19, 1891.

Judgment for costs had been rendered against relator and another, on demurrer to a declaration filed in their behalf. Relator's contention was, that he had not authorized the commencement of the suit.

757 BURT vs. CIRCUIT JUDGE (Wayne), 82 M., 251.

To vacate an order staying proceedings in a suit, pending the determination of the issue in a garnishee suit, unless a bond be given under How. Stat., Sec. 8105.

Denied August 1, 1890.

758 GUNZBERG ET AL. vs. CIRCUIT JUDGE (Kent), 42 M., 591.

To compel respondent to stay proceedings for the collection of a judgment, where the judgment debtor had been garnisheed, but it appeared that the judgment had been assigned before the commencement of the proceeding in garnishment, and was subject to a lien for attorney fees.

Denied January 23, 1880.